09/21/2010 12:13  9164447926  CUSICK AND CRODDY  PAGE 01/02

2010-36240
FILED
October 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002963512

CUSICK & CRODDY, LLP
David P. Cusick, CSBN 160467
Michael D. Croddy, CSBN 198489
1006 – 4th Street, 10th Floor
Sacramento, CA 95814
(916) 444-2248     phone
(916) 444-7926     facsimile
notice@bk-help.com  E-mail
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

Juanita Lopes,

                Debtor.

Soc. Sec. No.: XXX-XX-8514

Case No.: 10-36240-B-13J
Chapter 13
Docket Control No.: N/A

Judge: Thomas C. Holman
Date:  <NO HEARING REQUIRED>
Time:
Place: 501 "I" Street, 6th Floor
       Department B - Courtroom 32

**ORDER CONFIRMING DEBTOR'S CHAPTER 13 PLAN**

The Chapter 13 plan of the above-named Debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan filed on June 21, 2010 satisfies the requirements of 11 U.S.C §1325.

Therefore, **IT IS ORDERED**, that Debtor's Chapter 13 Plan filed on June 21, 2010 is confirmed.

**IT IS FURTHER ORDERED THAT**:

1. Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the Debtor's address;

2. Debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the Debtor; and

3. Debtor shall appear in court whenever notified to do so by the court.

RECEIVED
September 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002963512

1  IT IS FURTHER ORDERED THAT, the attorney's fees for Debtor's attorney in the
2  full amount of $3,500.00 are approved, $1,500.00 of which was paid prior to the filing of the
3  petition. The balance of $2,000.00, provided that the attorney and Debtor has executed and filed
4  a Rights & Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the
5  trustee from the plan payments a the rate specified in the Guidelines for Payment of Attorneys'
6  Fees in Chapter 13 Cases. Attorney may apply for additional fees should the actual fees exceed
7  the amount approved herein.
8  IT IS FURTHER ORDERED THAT, pursuant to 11 U.S.C. §1323, the plan is
9  amended as follows: N/A.

11  Dated: Sep 29, 10

12  _____
    Approved as to form by
13  Chapter 13 Trustee

15  Dated: October 08, 2010

18  _____
    Thomas C. Holman
19  United States Bankruptcy Judge

21  _____
    United States Bankruptcy Judge

---

In re: Lopes

10-36240-B-13J

Page 2 of 2

Order Confirming
Debtor's Chapter 13 Plan
11 U.S.C. §1325