FILED
May 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003523280

14

Jan P. Johnson
Chapter 13 Trustee
P.O. Box 1708
Sacramento, CA 95812-1708
(916) 492-8001

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | | |
|---|---|---|
| Re:  JUANITA PATRICIA LOPES, | ) | CASE NO. 10-36240 A13 |
| | ) | |
| | ) | |
| | ) | **NOTICE OF FILED CLAIMS** |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

In accordance with the General Order No. 05-03, dated October 28, 2005, Jan P. Johnson, Chapter 13 Trustee has compiled a list of filed claims in the above referenced case. The following information regarding claim objections and plan modifications is from Paragraph 6 of the General Order.

(a) Prior to the expiration of the deadline to object to proofs of claims (see subparagraph (c) below), the Trustee shall pay claims as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to a claim which is set for hearing within 60 calendar days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the objectionable claim. If the objection is overruled, at the request of the claimant or the Trustee, the court may make provision for payment of any dividends not paid while the objection was pending.

(b) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 calendar days after the order for relief or 180 calendar days after plan confirmation.

10-36240 A13

1

2

3

4

(c)  Objections to claims shall be filed and served no
     later than 60 calendar days after service of the
     Notice of Filed Claims. The debtor shall set a
     hearing on any objection pursuant to Local Bankruptcy
     Rule 3007-1(d)(1) or (d)(2) on the earliest available
     court date.

5

6

7

8

9

(d)  Nothing herein shall prevent the debtor, the Trustee,
     or any other party in interest from objecting to a
     proof of claim after the expiration of the deadline
     for objections specified in subparagraph (c) above.
     However, any objection filed after the expiration of
     that deadline shall not, if sustained, result in any
     order that the claimant refund amounts paid on
     account of its claim.

10

11

12

13

14

(e)  If a creditor fails to file a proof of claim within
     the time required by FRBP 3002(c) or section 502, the
     debtor or the Trustee may file a proof of claim on
     behalf of the creditor pursuant to FRBP 3004. The
     time for the filing of such a claim is extended to 60
     calendar days after service on the debtor or his
     counsel of the Notice of Filed Claims.

15

16

17

18

19

20

21

(f)  If the Notice of Filed Claims includes allowed claims
     which are not provided for in the chapter 13 plan, or
     which will prevent the chapter 13 plan from being
     completed timely, the debtor shall file a motion to
     modify the chapter 13 plan, along with any valuation
     and section 522(f) motions not previously filed, in
     order to reconcile the chapter 13 plan and the filed
     claims with the requirements of the Bankruptcy Code.
     These motions shall be filed and served no later than
     90 calendar days after service by the Trustee of the
     Notice of Filed Claims and set for hearing by the
     debtor on the earliest available court date.

22

23

(g)  Nothing herein shall prevent the debtor, the Trustee,
     or the holder of an allowed unsecured claim from
     requesting plan modifications at other times.

24

25

26

27

(h)  If the court enters an order valuing a creditor's
     collateral and the creditor has filed or later files
     a proof of a secured claim in an amount greater than
     the value established for the collateral, the allowed
     secured claim shall be the value of the collateral
     determined by the court. It is unnecessary for the

28

10-36240 A13

Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral. If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(i) If the court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim which identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim. It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

    Claim information provided is based on the last day to file claims pursuant to Bankruptcy Rule 3002 and the deadline for government units having passed.

| | |
|---|---|
| Petition filing date or conversion date | 06/21/2010 |
| Initial 341 date | 07/29/2010 |
| Confirmation date | 10/08/2010 |
| | |
| Claims bar date | **10/27/2010** |
| Government claims bar date | **12/20/2010** |
| | |
| Deadline to object to or file claims for | 07/26/2011 |
| Deadline to modify plan per filed claims | 08/25/2011 |

    The dates above are provided for the convenience of the parties. The Trustee's office shall not be liable for any mistakes or omissions with respect to said dates. Debtor(s) or Debtor's attorney should review the court file and calculate the relevant dates for purposes of determining timely filed claims, objections to claims or motions to modify as required by the Rules of Bankruptcy Procedure and/or Local Rules, and the General Order governing Chapter 13 matters.

10-36240 A13

1
2
3
4
5
6
7
8

> The following report contains information regarding filed claims and their treatment through the Chapter 13 Plan. Information is characterized as follows:
>
> | | |
> |---|---|
> | Scheduled | Amount of the debt scheduled in the petition |
> | Filed | Amount of the debt according to the filed claim |
> | Provided for | Amount of the claim provided in the plan |
> | Not Provided for | Amount of the filed claim not treated in the plan |
> | % to Pay | Amount based on Plan estimates and may vary |
>
> Any amounts appearing in "Not Provided for" will not be paid by the Trustee's office unless the plan is modified. A "Not Provided for" amount may not be subject to discharge.
> All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

9
10
11
12
13
14
15

All scheduled debts are included in the following report. If a scheduled creditor has not filed a claim, it is indicated by the phrase "NO CLAIM FILED ON BEHALF OF THIS CREDITOR". If the plan provides for a debt to be paid directly by Debtor(s), it is indicated by the phrase "PLAN PROVIDES FOR PAYMENT OF THIS CLAIM OUTSIDE THE PLAN". If the plan provides for the surrender of collateral to a creditor, it is indicated by the phrase "PLAN PROVIDES FOR THE SURRENDER OF COLLATERAL TO CREDITOR".

Dated:  5/27/2011                    /s/ Jan P. Johnson

                                     Jan P. Johnson
                                     Chapter 13  Trustee

16
17
18
19
20
21
22
23
24
25
26
27
28

10-36240 A13

1

2     **Claim No: 1**           AHMSI
                                     P O BOX 619063

3                                  DALLAS, TX 75261-9063
                                                        Class:    SECURED

4

5                      Scheduled:     PLAN PROVIDES FOR PAYMENT OF THIS CLAIM OUTSIDE THE PLAN.
                     Filed:

6                     Provided for:
                     Not Provided for:                               Note:         +1DT

7

8

9      **Claim No: 34**          AMERICAN HOME MORTGAGE
                                     SERVICING

10                                1525 S BELTLINE ROAD
                                     SUITE 100 N                           Class:    UNSECURED - (L)

11                                COPPELL, TX 75019

12                  Scheduled:        $0.00                 Date Filed:      06/30/2010
                     Filed:               $55,302.01         Value:            $0.00

13                  Provided for:     $55,302.01         % to Pay:        0.00
                     Not Provided for:    **$0.00**                Interest Rate:    0.00

14                                                       Note:         +/2DT/UNSEC PER ORD

15

16     **Claim No: 17**         AMERICAN INFOSOURCE LP
                                     P O BOX 248872

17                                OKLAHOMA CITY, OK 73124-8872
                                                    Class:    UNSECURED - (L)

18

19                  Scheduled:        $317.18             Date Filed:      08/27/2010
                     Filed:               $381.44            Value:            $0.00

20                  Provided for:     $381.44            % to Pay:        0.00
                     Not Provided for:    **$0.00**                Interest Rate:    0.00

21                                                       Note:         EXPRESS

22

23     **Claim No: 28**         AMERICAN INFOSOURCE LP
                                     P O BOX 248872

24                                OKLAHOMA CITY, OK 73124-8872
                                                    Class:    UNSECURED - (L)

25

26                  Scheduled:        $200.09             Date Filed:      08/27/2010
                     Filed:               $249.18            Value:            $0.00

27                  Provided for:     $249.18            % to Pay:        0.00
                     Not Provided for:    **$0.00**                Interest Rate:    0.00
                                                       Note:         VICTORIAS SECRET

28

10-36240 A13

**Claim No: 3**

BANK OF AMERICA
P O BOX 26012
NC4-105-03-14
GREENSBORO, NC 27420

Class:   SECURED - AUTO

| | | | |
|---|---|---|---|
| Scheduled: | $8,182.40 | Date Filed: | 07/13/2010 |
| Filed: | $8,006.80 | Value: | $0.00 |
| Provided for: | $8,006.80 | % to Pay: | 100.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 4.75 |
| | | Note: | A/P 02 ACURA TL |

**Claim No: 4**

BANK OF AMERICA N A
101 S TRYON ST
CHARLOTTE, NC 28280

Class:   341 NOTICE ONLY

Scheduled:    $0.00
Filed:    NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                Note:    BANK OF AMERICA

**Claim No: 5**

BANK OF AMERICA N A
ATTN C T CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

Class:   341 NOTICE ONLY

Scheduled:    $0.00
Filed:    NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                Note:    BANK OF AMERICA

**Claim No: 7**

CALVARY PORTFOLIO SERVICES LLC
P O BOX 27288
TEMPE, AZ 85282

Class:   341 NOTICE ONLY

Scheduled:    $0.00
Filed:    NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                Note:    SPRINT

10-36240 A13

| | |
|---|---|
| 1 | |
| 2 | |

**Claim No: 8**                    CITIBANK
                                   P O BOX 6410
                                   THE LAKES, NV 88901-6410
                                                                Class:    341 NOTICE ONLY

Scheduled:      $0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                              Note:        CITIBANK

**Claim No: 9**                    CITIBANK
                                   C O CAPITAL MANAGEMENT SERVICES
                                   726 EXCHANGE STREET STE 700
                                   BUFFALO, NY 14210              Class:    UNSECURED - (L)

Scheduled:      $388.30
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                              Note:        CAPITAL MANAGEMENT SERVICE

**Claim No: 10**                   CITY OF SACRAMENTO
                                   915 "I" ST RM 1201
                                   ENFORCEMENT & COLLECTION SECT
                                   SACRAMENTO, CA 95814-2696       Class:    UNSECURED - (L)

Scheduled:      $500.00              Date Filed:    11/29/2010
Filed:          $658.91              Value:         $0.00
Provided for:   $658.91              % to Pay:      0.00
Not Provided for:  **$0.00**         Interest Rate: 0.00
                                     Note:

**Claim No: 11**                   CLAIMS RESOURCES SERVICES
                                   603 CAMPBELL TECHNOLOGY PKWY
                                   CAMPBELL, CA 95008-5059
                                                                Class:    UNSECURED - (L)

Scheduled:      $10,325.86
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                              Note:

10-36240 A13

1
2
3

**Claim No: 25**       CR EVERGREEN LLC
P O BOX 91121
MS 550
SEATTLE, WA 98111-9221       Class:    UNSECURED - (L)

4
5
6
7

| | | | | |
|---|---|---|---|---|
| Scheduled: | $419.49 | Date Filed: | 06/30/2010 |
| Filed: | $2,328.81 | Value: | $0.00 |
| Provided for: | $2,328.81 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | @/TARGET/WEINSTEIN & RILEY |

8
9
10

**Claim No: 6**       CSAA INSURANCE
C O CLAIMS RESOURCE SERVICES
603 CAMPBELL TECHNOLOGY PARKWAY
CAMPBELL, CA 95008-5059       Class:    341 NOTICE ONLY

11
12
13

Scheduled:    $0.00
Filed:    NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:    Note:    CLAIM RESOURCES SERVICES

14
15
16
17
18

**Claim No: 2**       ECAST SETTLEMENT CORPORATION
P O BOX 29262
NEW YORK, NY 10087-9262       Class:    UNSECURED - (L)

19
20
21
22
23

| | | | | |
|---|---|---|---|---|
| Scheduled: | $6,728.74 | Date Filed: | 08/24/2010 |
| Filed: | $7,087.80 | Value: | $0.00 |
| Provided for: | $7,087.80 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | @/FIA CARD SRVCS |

24
25
26

**Claim No: 12**       Franchise Tax Board
Bankruptcy Unit
P O Box 2952
Sacramento, CA 95812-2952       Class:    PRIORITY - (J)

27
28

Scheduled:    $1.00
Filed:    NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:    Note:

10-36240 A13

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Claim No: 13**         GE MONEY BANK
                         C O RECOVERY MANAGEMENT SYSTEMS
                         CORP                                    Class:    341 NOTICE ONLY
                         ATTN RAMESH SINGH
                         25 SE 2ND AVE 1120

            Scheduled:   $0.00
            Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
            Provided for:
            Not Provided for:                        Note:      GE MONEY BANK/CHEVRON

**Claim No: 15**         Internal Revenue Service
                         Centralized Insolvency Operations
                         P O Box 21126
                         Philadelphia, PA 19114                  Class:    PRIORITY - (J)

            Scheduled:   $1.00
            Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
            Provided for:
            Not Provided for:                        Note:

**Claim No: 16**         KAISER PERMANENTE MEDICAL GROUP
                         6041 CADILLAC AVE
                         LOS ANGELES, CA 90034
                                                                 Class:    UNSECURED - (L)

            Scheduled:   $65.28
            Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
            Provided for:
            Not Provided for:                        Note:

**Claim No: 36**         LAW OFFICES OF MACMORRIS CARBONE
                         505 14TH STREET SUITE 600
                         OAKLAND, CA 94612
                                                                 Class:    UNSECURED - (L)

            Scheduled:         $0.00        Date Filed:    10/21/2010
            Filed:             $6,500.00    Value:         $0.00
            Provided for:      $6,500.00    % to Pay:      0.00
            Not Provided for:  **$0.00**    Interest Rate: 0.00
                                            Note:          CALIF STATE AUTO ASSOC INTER-

10-36240 A13

1

**Claim No: 18**          MERCHANTS CREDIT GUIDE
                          223 W JACKSON BLVD
2                         CHICAGO, IL 60606
                                                                Class:    341 NOTICE ONLY
3

4         Scheduled:      $0.00
          Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
5         Provided for:
          Not Provided for:                              Note:          PALISADES
6

7

8

**Claim No: 19**          Merchants Credit Guide Co
                          223 W Jackson Blvd
9                         Chicago, IL 60606
                                                                Class:    341 NOTICE ONLY
10

11        Scheduled:      $0.00
          Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
12        Provided for:
          Not Provided for:                              Note:          PALISADES
13

14

15

**Claim No: 20**          MERCURY INSURANCE GROUP
                          11000 EUCALYPTUS STREET
16                        RANCHO CUCAMONGA, CA 91730
                                                                Class:    UNSECURED - (L)
17

18        Scheduled:      $110.00
          Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
19        Provided for:
          Not Provided for:                              Note:
20

21

22

**Claim No: 21**          MOSS CODILIS L L P
                          6560 GREENWOOD PLAZA BLVD STE 100
23                        ENGLEWOOD, CO 80111-7100
                                                                Class:    UNSECURED - (L)
24

25

26        Scheduled:      $7,555.22
          Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
          Provided for:
27        Not Provided for:                              Note:

28

10-36240 A13

1

2

3

**Claim No: 14**     NATIONAL CAPITAL MANAGEMENT
                     8245 TOURNAMENT DR
                     SUITE 230
                     MEMPHIS, TN 38125                      Class:    UNSECURED - (L)

4   Scheduled:         $1,610.00          Date Filed:     08/11/2010
    Filed:             $1,777.05          Value:          $0.00
5   Provided for:      $1,777.05          % to Pay:       0.00
    Not Provided for:  **$0.00**          Interest Rate:  0.00
6                                         Note:           GE MONEY BANK/CHEVRON

7

8

**Claim No: 26**     PRA RECEIVABLES MANAGEMENT LLC
                     P O BOX 12914
9                    PORTFOLIO RECOVERY ASSOCIATES
                     NORFOLK, VA 23541                      Class:    UNSECURED - (L)
10

11  Scheduled:         $361.00            Date Filed:     09/15/2010
    Filed:             $345.45            Value:          $0.00
12  Provided for:      $345.45            % to Pay:       0.00
    Not Provided for:  **$0.00**          Interest Rate:  0.00
13                                        Note:           THE HOME DEPOT

14

15

**Claim No: 23**     SACRAMENTO COUNTY PROPERTY
16                   TAXES
                     700 H STREET ROOM 1710
17                   SACRAMENTO, CA 95814-1285             Class:    SECURED

18

19  Scheduled:         $1,100.00
    Filed:             NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
    Provided for:
20  Not Provided for:                     Note:           09

21

22

**Claim No: 24**     SPRINT
23                   P O BOX 541023
                     LOS ANGELES, CA 90054-1023
24                                                          Class:    UNSECURED - (L)

25

26  Scheduled:         $197.94
    Filed:             NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
    Provided for:
27  Not Provided for:                     Note:

28

10-36240 A13

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Claim No: 33**   U S ATTORNEY GENERAL
P O BOX 683  BEN FRANKLIN STN
DEPT OF JUSTICE TAX DIVISION
WASHINGTON, DC 20044                     Class:    341 NOTICE ONLY

Scheduled:     $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

**Claim No: 32**   UNITED STATES ATTORNEY
501 I ST
SUITE 10-100 / INTERNAL REVENUE
SACRAMENTO, CA 95814                     Class:    341 NOTICE ONLY

Scheduled:     $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

**Claim No: 27**   USCB INCORPORATED
P O BOX 74929
LOS ANGELES, CA 90004                     Class:    341 NOTICE ONLY

Scheduled:     $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:    KAIER PERMANENTE

**Claim No: 22**   VATIV RECOVERY SOLUTIONS LLC
P O BOX 40728
HOUSTON, TX 77240                     Class:    UNSECURED - (L)

Scheduled:     $686.52           Date Filed:     07/19/2010
Filed:         $686.52           Value:          $0.00
Provided for:  $686.52           % to Pay:       0.00
Not Provided for:  **$0.00**         Interest Rate:  0.00
                                   Note:           AT&T WIRELESS

10-36240 A13

1

2

3

**Claim No: 35**          VATIV RECOVERY SOLUTIONS LLC
                          P O BOX 40728
                          HOUSTON, TX 77240
                                                          Class:    UNSECURED - (L)

4          Scheduled:        $382.69              Date Filed:     07/19/2010
           Filed:            $382.69              Value:          $0.00
5          Provided for:     $382.69              % to Pay:       0.00
           Not Provided for: **$0.00**            Interest Rate:  0.00
6                                                 Note:           AT&T WIRELESS

7

8

9

**Claim No: 29**          WELLS FARGO AUTO FINANCE
10                        P O BOX 29705
                          PHOENIX, AZ 85038-9705
11                                                        Class:    UNSECURED - (L)

12         Scheduled:        $0.00                Date Filed:     07/08/2010
           Filed:            $6,470.34            Value:          $0.00
13         Provided for:     $6,470.34            % to Pay:       0.00
           Not Provided for: **$0.00**            Interest Rate:  0.00
14                                                Note:           +*/05 F150/ORD REL/DEF BAL

15

16

**Claim No: 30**          WELLS FARGO BANK N A
17                        101 N PHILLIPS AVE
                          SIOUX FALLS, SD 57104
18                                                        Class:    341 NOTICE ONLY

19

20         Scheduled:        $0.00
           Filed:            NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
           Provided for:
21         Not Provided for:                      Note:           WELLS FARGO

22

**Claim No: 31**          WELLS FARGO BANK N A
23                        ATTN CORP SERVICE CO WHICH WILL DO
                          BUS
24                        IN CA AS CSC - LAWYERS INC SERVICE    Class:    341 NOTICE ONLY
                          2730 GATEWAY OAKS DRIVE SUITE 100
25

26         Scheduled:        $0.00
           Filed:            NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
           Provided for:
27         Not Provided for:                      Note:           WELLS FARGO

28

10-36240 A13

1

ATTORNEY FEES

2  CUSICK & CRODDY                          Amount to be paid through plan:        $2,000.00
   1006 4TH ST                              Amount paid through plan to date:      $550.00
3  TENTH FL
   SACRAMENTO, CA 95814

4

5

6

7  SPECIAL NOTICES

8  **Claim No: 1101**            WELLS FARGO BANK NA
                                 13675 TECHNOLOGY DR
9                                BLDG C 2ND FLOOR
                                 EDEN PRAIRIE, MN 55344-2252
10

11 **Claim No: 1102**            PRA RECEIVABLES MANAGEMENT LLC
                                 P O BOX 41067
12                               PORTFOLIO RECOVERY ASSOCIATES
                                 NORFOLK, VA 23541
13

14
   **Claim No: 1100**            WELLS FARGO
15                               P O BOX 7648
                                 BOISE, ID 83707
16

17

18

19

20

21

22

23

24

25

26

27

28